| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 02-00209-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:05Cr255-T |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: John Darrell Quarles | DISTRICT Southern District of Alabama | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE CHARLES R. BUTLER, JR. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/6/2005 — TO 5/5/2009 |

OFFENSE
21 U.S.C. Section 841(a)(1), Possession with Intent to Distribute Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/26/05
Date

*[signature]*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/28/2005
Effective Date

*[signature]*
United States District Judge

*[stamp: Claire Roberts   10-31-05]*