FILED IN OPEN COURT

SEP 2 5 2002

CHARLES R. DIARD, JR.
CLERK

MDA/bc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 02-DD209-CB |
| | * | |
| v. | * | USAO NO. 02R00411 |
| | * | |
| JOHN DARRELL QUARLES, | * | Violations: |
| RODNEY ANTHONY and | * | 21 USC § 841(a)(1) |
| TIMICAL RADRECUS HALL | * | 18 USC § 4 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about June 26, 2001, in the Southern District of Alabama, Northern Division, the defendant,

**JOHN DARRELL QUARLES**

did knowingly and intentionally unlawfully distribute and possess with intent to distribute approximately ½ ounce of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

The quantity of crack cocaine involved in the offense exceeded 5 grams. Thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section

1

841(b)(1)(B).

## COUNT TWO

On or about July 11, 2001, in the Southern District of Alabama, Northern Division, the defendant,

**RODNEY ANTHONY**

did knowingly and intentionally unlawfully distribute and possess with intent to distribute approximately 35.5 grams of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

The quantity of crack cocaine involved in the offense exceeded 5 grams. Thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT THREE

From in or about February, 2002, to on or about May 8, 2002, in the Southern District of Alabama, Northern Division, the defendant,

**TIMICAL RADRECUS HALL**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to-wit: the knowing and intentional distribution and possession with the intent to distribute crack cocaine, a violation of Title 21, United States Code, Section 841(a)(1), did conceal the same and did not as soon as possible make known the commission of said felony to

some judge or other person in civil or military authority under the United States, and there after traveled to locations where crack cocaine was being distributed.

In violation of Title 18, United States Code, Section 4.

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DAVID P. YORK
UNITED STATES ATTORNEY
by:

_____
MICHAEL D. ANDERSON
Assistant United States Attorney

_____
GINA S. VANN
Assistant United States Attorney
Chief, Criminal Division                SEPTEMBER 2002

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

FILED FEB 27 '03 PM 2:00 USDC ALS

UNITED STATES OF AMERICA
V.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**JOHN DARRELL QUARLES**

CASE NUMBER: 02-00209-001

**THE DEFENDANT:**

Barre Dumas
**Defendant's Attorney**

(X) pleaded guilty to count(s) _one of the indictment_.
( ) pleaded nolo contendere to count(s) __ which was accepted by the court.
( ) was found guilty on count(s) __ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 21:841(a)(1) | possession with intent to distribute cocaine | 6/26/01 | 1 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( ) The defendant has been found not guilty on count(s) __.

( ) Count(s) __ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

**Defendant's Social Security No.:**
**Defendant's Date of Birth:** 8/28/67
**Defendant's U.S.M. No.:** 08277-003
**Defendant's Residence Address:**
2900 E. Charleston
Las Vegas, Nevada 89104
**Defendant's Mailing Address:**
SAME

2/20/03
Date of Imposition of Judgment

CHARLES R. BUTLER, JR.
UNITED STATES DISTRICT JUDGE

2/26/03
Date

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED THIS THE
27th DAY OF Feb,
2003, JUDGEMENT ENTRY
NO. 11,536

U.S. District Court
Southern District of Alabama
By Ceairie Roberts
Deputy Clerk

10-31-05

Judgment 2

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **QUARLES, JOHN DARRELL**
Case Number: 02-00209-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __30 MONTHS__.

( )     Special Conditions:

(X)     The court makes the following recommendations to the Bureau of Prisons: **That the defendant service this sentence in the Intensive Confinement Center (Boot Camp) at Lewisburg, Pennsylvania, when and if he meets the necessary qualifications.**

( )     The defendant is remanded to the custody of the United States Marshal.

( )     The defendant shall surrender to the United States Marshal for this district:
       ( )     at ____ a.m./p.m. on ____.
       ( )     as notified by the United States Marshal.

(X)     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       ( )     before 2 p.m. on ____.
       (X)     as notified by the United States Marshal.
       ( )     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                                                               __UNITED STATES MARSHAL__

                                                                           By_____

Judgment 3

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **QUARLES, JOHN DARRELL**
Case Number: **02-00209-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __4 YEARS__.

(X)  **Special Conditions:** **The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation office.**

*For offenses committed on or after September 13, 1994:*   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

(X)  **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7a).**
**The defendant shall also comply with the additional conditions on the attached page (if applicable).**

**See Page 4 for the
"STANDARD CONDITIONS OF SUPERVISION"**

Judgment 4

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: QUARLES, JOHN DARRELL
Case Number: 02-00209-001

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Judgment 5

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: **QUARLES, JOHN DARRELL**
Case Number: **02-00209-001**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | $0.00 | $0.00 |

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. **(or see attached)** However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

( )   The defendant shall make restitution to the following payees in the amounts listed below.

| Name(s) and Address(es) of Payee(s) | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| **TOTALS:** | $_____ | $_____ | |

( )   If applicable, restitution amount ordered pursuant to plea agreement.  $

( )   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

( )   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
 ( )   The interest requirement is waived for the ( ) fine and/or   ( ) restitution.
 ( )   The interest requirement for the   ( ) fine and/or   ( ) restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment 6

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 5, Part B - Schedule of Payments

Defendant: **QUARLES, JOHN DARRELL**
Case Number: **02-00209-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    (X) Lump sum payment of $ __100.00__ due immediately, balance due

   ( ) not later than _____ , or
      ( ) in accordance with ( ) C, ( ) D, or ( ) E below; or

B    ( ) Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below); or

C    ( ) Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ( ) Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    ( ) Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( )    **Joint** and Several:
( )    The defendant shall pay the cost of prosecution.
( )    The defendant shall pay the following court cost(s):

( )    The defendant shall **forfeit** the defendant's interest in the following property to the United States:

**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4)**

CNFCG

RECEIVED
2005 NOV -2  A 9:40

# U.S. District Court
## Southern District of Alabama - District Version 2.5 (Selma)
## CRIMINAL DOCKET FOR CASE #: 2:02-cr-00209-CB-C-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Quarles, et al | Date Filed: 10/08/2002 |

Assigned to: Senior Judge Charles R. Butler, Jr
Referred to: Mag. Judge William E. Cassady

### Defendant

| | | |
|---|---|---|
| **John Darrell Quarles** (1)<br>*TERMINATED: 02/27/2003* | represented by | **Barre C. Dumas**<br>Dumas & McPhail, LLC<br>P. O. Box 870<br>Mobile, AL 36601<br>251-438-2333<br>Email: barre@dumasmcphail.com<br>*TERMINATED: 02/27/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment<br><br>**John Darrell Quarles**<br>3284 Steppe St.<br>North Las Vegas, NV 89030<br>702/464-5645<br>*TERMINATED: 02/27/2003*<br>*ATTORNEY TO BE NOTICED* |



### Pending Counts

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE CRACK COCAINE
(1)

### Disposition

Imprisonment for a term of 30 MONTHS; Court RECS that defendant serve this sentence in the Intensive Confinement Center (BOOT CAMP) at Lewisburg, PA when meets qualifications; Def shall SURRENDER to designated institution as notified by USM; SRT 4 yrs w/special conditions:

|  | 1.) Def shall participate in program of testing and treatment for drug and/or alcohol; SA $100.00; |
|---|---|

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **United States of America** | represented by | **Michael D. Anderson**<br>U.S. Attorney's Office<br>63 S. Royal St., Rm. 600<br>Mobile, AL 36602<br>(334) 441-5845<br>Email: mike.d.anderson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2002 | 1 | INDICTMENT as to John Darrell Quarles (1) count(s) 1, Rodney Anthony (2) count(s) 2, Timical Radrecus Hall (3) count(s) 3 , POSSESS W/INTENT TO DIST. CRACK COCAINE; MISPRISION OF A FELONY (Government Attorney Michael D. Anderson) (cwr) (Entered: 09/27/2002) |
| 09/25/2002 | 2 | MOTION by USA as to John Darrell Quarles, Rodney Anthony, Timical Radrecus Hall to Seal , referred to Mag. Judge William E. Cassady as to John Darrell Quarles (1), Rodney Anthony (2), Timical Radrecus Hall (3) (cwr) (Entered: 09/27/2002) |
| 09/25/2002 | 3 | ORDER as to John Darrell Quarles, Rodney Anthony, Timical Radrecus Hall granting [2-1] motion to Seal as to John Darrell Quarles (1), Rodney Anthony (2), Timical Radrecus Hall (3) ( Signed by Mag. Judge William E. Cassady ) copy to U.S.Atty. (cwr) (Entered: 09/27/2002) |

| | | |
|---|---|---|
| 09/25/2002 | | CASE SEALED as to as to John Darrell Quarles, Rodney Anthony, Timical Radrecus Hall (Government Attorney ) (cwr) (Entered: 09/27/2002) |
| 09/30/2002 | 4 | PRAECIPE for Summons by USA as to John Darrell Quarles (sld) (Entered: 09/30/2002) |
| 09/30/2002 | 7 | SUMMONS(ES) issued for John Darrell Quarles and given to USM for service. Initial Appearance set for 2:00 10/9/02 for John Darrell Quarles before Mag. Judge William E. Cassady (sld) (Entered: 09/30/2002) |
| 10/07/2002 | 10 | MOTION by USA as to John Darrell Quarles, Rodney Anthony, Timical Radrecus Hall to Unseal , referred to Mag. Judge William E. Cassady as to John Darrell Quarles (1), Rodney Anthony (2), Timical Radrecus Hall (3) (sld) (Entered: 10/07/2002) |
| 10/08/2002 | 11 | ORDER as to John Darrell Quarles, Rodney Anthony, Timical Radrecus Hall granting [10-1] motion to Unseal as to John Darrell Quarles (1), Rodney Anthony (2), Timical Radrecus Hall (3) ( Signed by Mag. Judge William E. Cassady ) copy to U.S. Atty., P/T, and Prob. (sld) (Entered: 10/08/2002) |
| 10/08/2002 | | CASE unsealed as to John Darrell Quarles, Rodney Anthony, Timical Radrecus Hall (sld) (Entered: 10/08/2002) |
| 10/09/2002 | | **Location LR as to John Darrell Quarles (eec) (Entered: 10/15/2002) |
| 10/11/2002 | 13 | CJA 20 as to John Darrell Quarles : Appointment of Attorney Barre C. Dumas ( Signed by Mag. Judge William E. Cassady ) Original/Worksheet mailed to counsel 10/15/02 (eec) (Entered: 10/15/2002) |
| 10/11/2002 | 14 | CJA 23 FINANCIAL AFFIDAVIT by John Darrell Quarles (eec) (Entered: 10/15/2002) |
| 10/11/2002 | 15 | ORDER ON ARRAIGNMENT as to John Darrell Quarles setting Jury Selection for 8:45 12/2/02 for John Darrell Quarles ; Pretrial Motions due on 10/21/02 for John Darrell Quarles ; POC with Probation Officer Vicki Tyner on 9:00 11/6/02 for John Darrell Quarles ; Pretrial Conference for 11:15 11/13/02 for John Darrell Quarles ; ( Signed by Mag. Judge William E. Cassady ) Copies given/sfaxed to AUSA, USM, Prob, PT, Deft's counsel, Deft (eec) (Entered: 10/15/2002) |
| 10/11/2002 | 16 | ORDER Setting Conditions of Release as to John Darrell Quarles ( Signed by Mag. Judge William E. Cassady ) (eec) (Entered: 10/15/2002) |
| 10/16/2002 | | Change of Plea Hearing as to John Darrell Quarles held before Chief Judge Charles Butler Jr. Court Reporter: Eddie Howard (adk) (Entered: 11/04/2002) |
| 10/16/2002 | 25 | Plea Agreement w/factual resume' as to John Darrell Quarles ; copies to USA and Prob. (adk) (Entered: 11/04/2002) |
| 10/16/2002 | 26 | ORDER ON GUILTY PLEA as to John Darrell Quarles Guilty: John Darrell Quarles (1) count(s) 1 sentence set on 8:30 1/23/03 for John Darrell |

| | | |
|---|---|---|
| | | Quarles before Chief Judge Charles Butler Jr. Court Reporter: Eddie Howard ( Signed by Chief Judge Charles Butler Jr. ) (adk) (Entered: 11/04/2002) |
| 12/06/2002 | 31 | USM return filed showing Summons Returned Executed as to John Darrell Quarles on 10/9/02 (cwr) (Entered: 12/06/2002) |
| 12/30/2002 | 36 | POSITION of USA regarding sentencing factors as to John Darrell Quarles w/o objections (adk) (Entered: 12/30/2002) |
| 01/15/2003 | 43 | MOTION by USA as to John Darrell Quarles to Reduce Sentence , referred to Chief Judge Charles Butler Jr. as to John Darrell Quarles (1) (adk) (Entered: 01/16/2003) |
| 01/16/2003 | 44 | MOTION by John Darrell Quarles to Continue Sentencing , referred to Chief Judge Charles Butler Jr. as to John Darrell Quarles (1) (adk) (Entered: 01/17/2003) |
| 01/17/2003 | 45 | ORDER as to John Darrell Quarles granting [44-1] motion to Continue Sentencing as to John Darrell Quarles (1), reset Sentencing for 8:30 2/20/03 for John Darrell Quarles before Chief Judge Charles Butler Jr. Copies distributed 1/17/03 ( Signed by Chief Judge Charles Butler Jr. ) (adk) (Entered: 01/17/2003) |
| 01/24/2003 | 46 | POSITION of John Darrell Quarles regarding sentencing factors with objections (srr) (Entered: 01/24/2003) |
| 02/20/2003 | | Sentencing Hearing as to John Darrell Quarles held Court Reporter: Eddie Howard (adk) (Entered: 02/20/2003) |
| 02/27/2003 | 48 | JUDGMENT ( Sentence Imposed: 2/20/03) John Darrell Quarles (1) count(s) 1. Imprisonment for a term of 30 MONTHS; Court RECS that defendant serve this sentence in the Intensive Confinement Center (BOOT CAMP) at Lewisburg, PA when meets qualifications; Def shall SURRENDER to designated institution as notified by USM; SRT 4 yrs w/special conditions: 1.) Def shall participate in program of testing and treatment for drug and/or alcohol; SA $100.00; ( Signed by Judge Charles Butler Jr. ) JEOD: 2/27/03 M/E # 11536 (Terminated motions: [43-1] motion to Reduce Sentence as to John Darrell Quarles (1) ) party John Darrell Quarles; Copies 4 cert USM, USA, Prob, P/T, atty for def & financial; (mjn) (Entered: 02/27/2003) |
| 04/22/2003 | 54 | MOTION by John Darrell Quarles to postpone surrender of sentence , referred to Judge Charles Butler Jr. (mjn) (Entered: 04/23/2003) |
| 04/28/2003 | 55 | ORDER as to John Darrell Quarles granting [54-1] motion to postpone surrender of sentence as to John Darrell Quarles (1). The USM is ordered to allow deft. an additional 120 days to report. Copies distributed 4/28/03 ( Signed by Judge Charles Butler Jr. ) (adk) (Entered: 04/28/2003) |
| 08/25/2003 | 57 | SENTENCING MEMORANDUM by John Darrell Quarles (Dumas, Barre) (Entered: 08/25/2003) |

| | | |
|---|---|---|
| 08/26/2003 | 58 | SENTENCING MEMORANDUM by John Darrell Quarles (Dumas, Barre) (Entered: 08/26/2003) |
| 08/27/2003 | 59 | ORDER as to John Darrell Quarles DENYING 57 Sentencing Memorandum (motion to continue sentencing) filed by John Darrell Quarles, DENYING 58 Sentencing Memorandum (motion to continue sentencing)filed by John Darrell Quarles . Signed by Judge Charles R. Butler Jr. on 8/27/03. (adk ) (Entered: 08/28/2003) |
| 09/18/2003 | 60 | Judgment Returned Executed as to John Darrell Quarles on 9/12/03 Deft. delivered to FCC Victorville, CA. (cwr, ) (Entered: 09/19/2003) |
| 12/19/2003 | | ***Set CNFCG Flag as to John Darrell Quarles, Rodney Anthony, Timical Radrecus Hall (sak, ) (Entered: 12/19/2003) |
| 01/10/2005 | 61 | NOTICE OF ATTORNEY APPEARANCE: George Robert Prescott, Jr appearing for John Darrell Quarles *appearing to request subpoena duces tecum from Grapevine Communications* (Prescott, George) (Entered: 01/10/2005) |
| 01/10/2005 | 62 | MOTION for Subpoena *Duces Tecum.* by John Darrell Quarles. (Attachments: # 1 Supplement Subpoena Duces Tecum)(Prescott, George) (Entered: 01/10/2005) |
| 01/11/2005 | | REFERRAL OF 62 MOTION for Subpoena *Duces Tecum.* as to John Darrell Quarles to Judge Butler NOTE: There is no image for this entry. (adk) (Entered: 01/11/2005) |
| 01/12/2005 | 63 | ENDORSED ORDER denying 62 Motion for Subpoena Duces Tecum as to John Darrell Quarles (1). Signed by Judge Charles R. Butler Jr. on January 12, 2005. (aen, ) (Entered: 01/12/2005) |
| 10/26/2005 | 65 | *SEALED*    Petition/Order filed by Probation for Warrant as to John Darrell Quarles . Signed by Judge Charles R. Butler Jr. on 10/26/05. (srr, ) (Entered: 10/26/2005) |
| 10/26/2005 | 66 | *SEALED*    Arrest Warrant Issued in case as to John Darrell Quarles and given to USM for service(srr, ) (Entered: 10/26/2005) |
| 10/31/2005 | 67 | Probation Jurisdiction Transferred to Middle Dist. of Alabama as to John Darrell Quarles Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cwr, ) (Entered: 10/31/2005) |