PROB 12B
(7/93)

# United States District Court

### for

### Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Darrell Quarles                     Case Number: 2:05-cr-00255-MHT-DRB

Name of Sentencing Judicial Officer: The Honorable Charles R. Butler, Jr. United States District Judge

Date of Original Sentence: February 20, 2003

Original Offense: Possession with Intent to Distribute Cocaine

Original Sentence: Thirty (30) months custody with a four (4) year term of supervised release

Type of Supervision: Supervised Release                     Date Supervision Commenced: May 6, 2005

## PETITIONING THE COURT

[ ]     To extend the term of supervision for __ years, for a total term of __ years.

[X]     To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Confinement Program for a period of two (2) months to begin at a time designated by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", "call waiting", or portable cordless telephones, for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.**

**The defendant shall not have any contact with his spouse, Sharon Quarles, unless granted permission to do so by the court or the USPO.**

**The defendant shall not reside in Montgomery County while under this term of supervised release unless granted permission to do so by the court or the USPO.**

## CAUSE

On October 25, 2005, it is alleged that the offender assaulted his estranged spouse, Sharon Quarles. On October 26, 2005, Ms. Quarles reported to the USPO and alleged that the offender caused injury to her throat by strangling her during a physical assault. Ms. Quarles also alleged that during the assault the offender cut her left hand with a knife and picked her up and threw her to the floor. Ms. Quarles filed an incident report with the Montgomery (AL) Police Department on the same date charging Domestic Violence. Ms. Quarles sought medical attention and brought medical documentation of her injuries. These injuries appear to be consistent with her report of the assault. The offender and his spouse are currently separated and reside in separate residences. This is in violation of Mandatory Condition Number 1, "The Defendant shall not commit another federal, state, or local crime."

PROB 12B
(7/93)

2

A plan to ameliorate this situation was developed in concert with the Federal Defender's Office( Ms. Christine Freeman), the U.S. Attorney's Office( Mr. Terry Moorer), the offender's employer (Mount Scrap, Inc.), and the offender's family.  The offender has agreed to relocate to Dothan, Alabama.  Additionally, Mount Scrap, Inc., has agreed to employ the offender at their Dothan location.  Finally, the offender's brother has agreed to help the offender obtain suitable housing in Dothan.  I believe the added special conditions along with the offender's relocation to Dothan will greatly reduce the risk for any future behavior of this nature.

Respectfully submitted,

by      /s/ M. Stanford Robinson
        M. Stanford Robinson
        U.S. Probation Officer
        Date: November 28, 2005

Reviewed and approved:_____/s/ Scott Wright_____
                        Supervising U.S. Probation Officer

THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[ ]     The Modification of Conditions as Noted Above
[ ]     Other

_____
Signature of Judicial Officer

_____
Date