UNITED STATES GOVERNMENT
MEMORANDUM

| | |
|---|---|
| **DATE:** | July 25, 2008 |
| **TO:** | Honorable Myron H. Thompson<br>U.S. District Judge |
| **FROM:** | Louis D. Johns, Jr.<br>U. S. Probation Officer<br>Dothan Office |
| **SUBJECT:** | JOHN DARRELL QUARLES<br>DKT. NO. 2:05CR00255-MHT<br>**REQUEST FOR PERMISSION TO TRAVEL** |

John Darrell Quarles was originally sentenced in the Southern District of Alabama on February 20, 2003, to 30 months custody of the Federal Bureau of Prisons followed by a four (4) year term of supervised release, following a conviction for Possession with Intent to Distribute Cocaine. Quarles was released from custody on May 6, 2005. Transfer of jurisdiction was made to the Middle District of Alabama on October 28, 2005.

Quarles has maintained stable residence and employment in Dothan. All drug tests have been negative and a recent record check revealed no new arrests.

Quarles has requested permission to travel with his common law wife on a cruise from Port Canaveral, FL to the Bahamas, from September 21-25, 2008. He will provide a detailed itinerary prior to traveling. It is recommended that Quarles be granted permission to travel. He does not appear to pose a danger to the community. His term of supervised release will expire on May 5, 2009.

If this officer can be of further assistance, please contact our office.

                                                              Respectfully submitted,

                                                            /s/ Louis D. Johns, Jr.
                                                           Louis D. Johns, Jr.
                                                           U.S. Probation Officer

Reviewed and approved: /s/ David Ron Thweatt
                                    David Ron Thweatt
                                    Supervisory U.S. Probation Officer

**JOHN DARRELL QUARLES**
**DKT. NO. 2:05CR00255-MHT**
**REQUEST FOR PERMISSION TO TRAVEL**

---

[X] Permission to travel granted

[ ] Permission to travel denied

                                    /s/ Myron H. Thompson
                                  Myron H. Thompson
                                  U.S. District Judge

                                  July 25, 2008
                                  Date